Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,   )
                             )   NO. CR06-5205FDB
            Plaintiff,       )
                             )   ORDER
        v.                   )   GRANTING STIPULATED
                             )   MOTION TO CONTINUE
BRANDOM LEMARK ESTRADA, and  )   TRIAL DATE
RICARDO VASQUEZ MANZANO,     )
                             )
            Defendants.      )
_____)

Upon the stipulation and motion of the parties to continue the trial date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to June 26, 2006.  The period of delay resulting from this continuance from the current trial date of May 30, 2006, up to and including the new trial date of June 26, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

Order Granting Stipulated Motion to Continue Trial Date, etc.
U.S. v. Brandom Estrada, et al.,/CR06-5205FDB - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1

2       IT IS FURTHER ORDERED that the pretrial conference date will be rescheduled

3  under separate order of the Court.

4

5       DATED  this 19th day of May, 2006.

6

7

8

9

10

11       FRANKLIN D. BURGESS
         United States District Judge
12

13

14  Presented by:

15  s*/ Colin Fieman
16  COLIN FIEMAN
    Attorney for Defendant
17  Brandom Lemark Estrada

18

19
    s*/ Roger Hunko
20  ROGER HUNKO
21  Attorney for Defendant
    Ricardo Vasquez Manzano
22

23  *Telephonic approval

24  s/ Douglas J. Hill
25  DOUGLAS J. HILL
    Special Assistant United States Attorney
26

27

28

Order Granting Stipulated Motion to Continue Trial Date, etc.
U.S. v. Brandom Estrada, et al.,/CR06-5205FDB - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970